UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LUCRESIA FONTENBERRY PARKS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 14-2410** |
| **CAROLYN V. COLVIN**<br>**ACTING COMMISSIONER OF**<br>**SOCIAL SECURITY ADMINISTRATION** | **SECTION: "F" (4)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the decision of the Administrative Law Judge denying Lucresia Parks's Disability Insurance Benefits and Supplemental Social Security Income Benefits is **AFFIRMED**.

New Orleans, Louisiana, this  9th  day of   March  , 2016.

_____
**UNITED STATES DISTRICT JUDGE**